## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOSEPH AVOLI,

    Plaintiff,

v().                           CASE NO: 8:16-cv-1097-T-26TBM

BARCLAY'S BANK DELAWARE,

    Defendant.
_____/

## O R D E R

Before the Court is the Notice of Voluntary Dismissal (Dkt. 13). In accord with the Notice, it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed with prejudice.

    2)    The Clerk is directed to terminate any pending motions and deadlines and to **CLOSE** this case.

    **DONE AND ORDERED** at Tampa, Florida, on December 14, 2016.

                                          s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record